■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD BENJAMIN, Also Known as HAROLD MILEY, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered June 22, 1978, convicting him of criminal possession of a weapon in the third degree, upon a plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of defendant's motion to suppress certain evidence. By order dated August 6, 1979 this court reversed the judgment, on the law, granted the motion to suppress and dismissed the indictment *(People v Benjamin,* 71 AD2d 857). On November 18, 1980 the Court of Appeals reversed the order of this court and remitted the case to this court for consideration of the facts (51 NY2d 267). Judgment affirmed. (See *People v De Jesus,* 55 AD2d 196.) Titone, J. P., Mangano, Cohalan and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CAPRIOLI, Appellant. — Appeal by defendant from two judgments of the County Court, Suffolk County, both rendered January 7, 1980, convicting him of robbery in the second degree (two counts), upon his pleas of guilty, and imposing sentences. Judgments affirmed and case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). On the record before it, the County Court did not abuse its discretion in denying defendant's motion to withdraw his guilty pleas and in doing so without a hearing (see *People v Lewis,* 46 NY2d 825; *People v Dixon,* 29 NY2d 55). Lazer, J. P., Mangano, Cohalan and Margett, JJ., concur.